UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 08, 2016

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMER MOHAMMED AL JAYAB,

Defendant.

Case No.  2:16-mj-00005-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   SAMER MOHAMMED AL

JAYAB ,

Case No.  2:16-mj-00005-CKD  from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $   25,000.00 _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Pretrial Services conditions stated on the

  X    record. Report to Pretrial Services in Wisconsin at 9:00

_____ AM on January 11, 2016.

Issued at Sacramento, California on January 08, 2016 at _____

By: _____

Magistrate Judge Carolyn K. Delaney